■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. ADAMS, Appellant. [699 NYS2d 245] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him after a jury trial of grand larceny in the fourth degree (Penal Law § 155.30 [6]), defendant contends that County Court erred in submitting grand larceny in the fourth degree (larceny by extortion) (Penal Law § 155.30 [6]) as a lesser included offense of robbery in the third degree (Penal Law § 160.05). Although defendant is correct that larceny by extortion is not a lesser included offense of robbery (*see, People v Koh,* 225 AD2d 476, *lv denied* 88 NY2d 997), defendant withdrew his initial objection to the charge. Thus, "by acquiescing in * * * [the] lesser charge[, defendant] waived his right to complain of the trial court's error" (*People v Ford,* 62 NY2d 275, 283). Defendant's contention that the court's preliminary instructions were defective (*see,* CPL 270.40) is not preserved for our review (*see,* CPL 470.05 [2]; *see also, People v Giddens,* 202 AD2d 976, *lv denied* 83 NY2d 871), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). Defendant also failed to preserve for our review his contention regarding the presentence investigation report (*see, People v Moon,* 225 AD2d 826, 827-828, *lv denied* 88 NY2d 939). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Grand Larceny, 4th Degree.) Present—Denman, P. J., Hayes, Hurlbutt, Scudder and Balio, JJ.